IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANE DOE,<br><br>    *Plaintiff,*<br><br>v.<br><br>MARCO'S FRANCHISING, LLC, *et al.,*<br><br>    *Defendants.* | Case No.: 1:23-cv-01418-LMB-IDD |

**AMENDED ORDER**

On January 22, 2024, plaintiff's counsel contacted chambers to request clarification of this Court's January 19, 2024 Order. Counsel is advised that any future inquiries should be made by motion, rather than telephone call. Nonetheless, it is hereby

ORDERED that the January 19, 2024 Order [Dkt. No. 35] be and is AMENDED; and it is further

ORDERED that the Motion to Proceed Under Pseudonym [Dkt. No. 34] is GRANTED and plaintiff may continue to file under the pseudonym, Jane Doe.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22 day of January, 2024.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge